UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CV-552-F

| | |
|---|---|
| ISCO INDUSTRIES, LLC, a Kentucky limited liability company, ) ) ) | |
| Plaintiff, ) ) ) | ORDER |
| v. ) ) | |
| CARL D. ERDLE, an adult individual, ) ) | |
| Defendant. ) | |

This matter is before the court on the Motion to Seal Exhibits [DE-8] filed by Plaintiff ISCO Industries, LLC ("ISCO"). ISCO asks that the court maintain Exhibits A and B to the Complaint [DE-1] filed on October 11, 2011, under seal because it contains Defendant Carl D. Erdle's social security number. Exhibits A and B with appropriate redactions have already been filed. *See* [DE-5]. For good cause shown, ISCO's Motion to Seal Exhibits [DE-8] is ALLOWED, and the Clerk of Court is DIRECTED to maintain Exhibits A and B to Complaint [DE-1] UNDER SEAL.

SO ORDERED.

This the 25th day of October, 2011.

JAMES C. FOX
Senior United States District Judge