UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CV-552-F

| | |
|---|---|
| ISCO INDUSTRIES, LLC, a Kentucky limited liability company, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CARL D. ERDLE, an adult individual, )<br>)<br>Defendant. ) | ORDER |

This matter is before the court on the Motion to Seal Exhibits [DE-8] filed by Plaintiff ISCO Industries, LLC ("ISCO"). ISCO asks that the court maintain Exhibits A and B to the Complaint [DE-1] filed on October 11, 2011, under seal because it contains Defendant Carl D. Erdle's social security number. Exhibits A and B with appropriate redactions have already been filed. *See* [DE-5]. For good cause shown, ISCO's Motion to Seal Exhibits [DE-8] is ALLOWED, and the Clerk of Court is DIRECTED to maintain Exhibits A and B to Complaint [DE-1] UNDER SEAL.

SO ORDERED.

This the 25th day of October, 2011.

/s/ James C. Fox
JAMES C. FOX
Senior United States District Judge